**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2: 14-bk-50750 |
| Eric R. Moore and Rhonda Y. Moore } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:      Eric R. Moore and Rhonda Y. Moore

Street:      21485 NW 27th Ave

City, State, Zip: Miami Gardens, FL 33056


**Please be advised that effective August 3rd, 2015**
**my new mailing address is:**

Name:      **Eric R. Moore and Rhonda Y. Moore**

Street:      **981 SW 143rd Ave**

City, State ,Zip: **Pembroke Pines, FL 33027**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on August 3rd, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Eric R. Moore and Rhonda Y. Moore
981 SW 143rd Ave
Pembroke Pines, FL 33027

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480